**ÆTNA LIFE INS. CO. v. ASHINHURST.**

No. 3902.

Court of Civil Appeals of Texas. El Paso.

Nov. 2, 1939.

Hill D. Hudson, of Pecos, for appellant.

J. B. Cotten and John J. Watts, both of Crane, for appellee.

HIGGINS, Justice.

In this case briefs have not been filed by any of the parties and no excuse shown for such failure. The appeal is therefore dismissed. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.2d 811.